UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff<br><br>　　　Plaintiff-Apellee,<br><br>　　　-v-<br><br>Multi-Strategy Fund Limited,<br><br>Banque Syz & Co., SA,<br><br>Lloyds TSB Bank PLC,<br><br>Banque Cantonale Vaudoise,<br><br>Bordier & Cie,<br><br>Barclays Bank (Suisse) S.A.,<br><br>and Delta National Bank and Trust Company,<br><br>　　　Defendants-Appellants. | 22-cv-06502<br><br>22-cv-06512<br><br>22-cv-07173<br><br>22-cv-07189<br><br>22-cv-07195<br><br>22-cv-07372<br><br>22-cv-07788<br><br>(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　　In the above-captioned cases, Defendants-Appellants Multi-Strategy Fund Limited, Banque Syz & Co. SA, Lloyds TSB Bank PLC, Banque Cantonale Vaudoise, Bordier & Cie, Bank Cantonale Vaudoise, Barclays Bank (Suisse) S.A., and Delta National Bank and Trust Company each move under 28 U.S.C. § 158(a)(3) for leave to appeal interlocutory orders by Bankruptcy Judge Cecilia G. Morris denying their respective motions to dismiss complaints in adversary proceedings against them

1

brought by Irving H. Picard, the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC. Upon consideration of all parties' written submissions and oral argument, the Court herby denies each Defendant-Appellant's motion for leave to appeal in each of the above-captioned cases.

    A memorandum explaining the reasons for this ruling will issue shortly.

    SO ORDERED.

New York, NY
October 31, 2022

                                          JED S. RAKOFF, U.S.D.J.